IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00036-GEB |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY EUGENE CONNER, | |
| Defendant. | |

Defendant filed a letter on January 9, 2012, in which he states the content of the letter contains what he wants to say at his "upcoming sentencing" hearing. (ECF No. 88.) Since this letter concerns Defendant's communication right during his sentencing hearing, a copy of the letter shall be sent to the Probation Office and the letter shall be stricken from the docket.

Dated: January 10, 2012

GARLAND E. BURRELL, JR.
United States District Judge

1